IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: January 31, 2008 |
| Therese Lindblom, Court Reporter | |

Civil Action No. 95–cv–01342–EWN–OES

| *Parties:* | *Counsel:* |
|---|---|
| ARLIN E. FORD, and<br>JOAN I. FORD, | Andrew Brake |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | William Pharo |
| Defendant. | |

## COURTROOM MINUTES

**Status Conference**

**9:36 a.m.**     Court in session.

Discussion regarding motion to enforce settlement, #75.

**ORDERED:** **The Plaintiff Arlin E. Ford's Motion to Enforce March 4, 1997 Stipulation for Compromise Settlement (#75, filed December 19, 2007) is DENIED.**

Court encourages parties to settle this case and notes that the matters are appropriately before another court.

**9:43 a.m.**     Court in recess.

Hearing concluded.

Total time in court: 00:07